B6D (Official Form 6D) (12/07)

In re **SERGIO VILLAGRAN**　　　　　　　　　　　　　Case No. **10-36239**
　　　　**ERNESTINA VILLAGRAN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **x8059**<br>**AMIGOS MOTOR COMPANY**<br>**505 PRESTON ROAD**<br>**PASADENA, TX 77503** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2004 CHRYSLER PACIFICA**<br>REMARKS:<br><br>VALUE: $5,000.00 | | | | $2,561.02 | |
| ACCT #: **xxxxxxxxxxxx2437**<br>**CITIFINANCIAL**<br>**3622 Fairmont Pkwy, Suite C**<br>**Pasadena, TX 77504** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**1999 Dodge Caravan**<br>REMARKS:<br><br>VALUE: $500.00 | | | | $6,838.00 | $6,338.00 |
| ACCT #: **xxxxxx6748**<br>**CITIMORTGAGE INC**<br>**PO BOX 9438 DEPT 0**<br>**GAITHERSBURG, MD 20898-9438** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**MORTGAGE**<br>COLLATERAL:<br>**1144 LAWRENCE**<br>REMARKS:<br><br>VALUE: $56,000.00 | | | | $53,073.00 | |
| ACCT #: **xxxxx3630**<br>**CONN'S CREDIT CORP**<br>**3295 COLLEGE ST**<br>**BEAUMONT, TX77701** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**VARIOUS**<br>REMARKS:<br><br>VALUE: $1,500.00 | | | | $2,530.00 | $1,030.00 |
| | | | **Subtotal (Total of this Page) >** | | | | **$65,002.02** | **$7,368.00** |
| | | | **Total (Use only on last page) >** | | | | | |

　　　　**1**　　　　continuation sheets attached

(Report also on Summary of Schedules.)　　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **SERGIO VILLAGRAN**  
 **ERNESTINA VILLAGRAN**

Case No. **10-36239**
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx0047<br>**PROVIDENT FUNDING ASSOCIATES**<br>**PO BOX 7159**<br>**PASADENA CA 91109-7159** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**ONGOING MORTGAGE**<br>COLLATERAL:<br>**1619 SAN JACINTO**<br>REMARKS:<br><br>VALUE: $90,000.00 | | | | $77,280.00 | |
| ACCT #: xxxxxx0047<br>**PROVIDENT FUNDING ASSOCIATES**<br>**PO BOX 7159**<br>**PASADENA CA 91109-7159** | | C | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**1619 SAN JACINTO**<br>REMARKS:<br><br>VALUE: $90,000.00 | | | | $2,600.00 | |

Sheet no. __1__ of __1__ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > $79,880.00 | $0.00
Total (Use only on last page) > $144,882.02 | $7,368.00

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **SERGIO VILLAGRAN**  Case No. **10-36239**
   **ERNESTINA VILLAGRAN**
(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☒ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

  **1**  continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **SERGIO VILLAGRAN**            Case No. **10-36239**
     **ERNESTINA VILLAGRAN**            (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**TYPE OF PRIORITY** | Administrative allowances

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ROY L. ABNER**<br>**7447 HARWIN DRIVE, SUITE 116**<br>**HOUSTON, TEXAS 77002** | | C | DATE INCURRED: **06/02/2010**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $1,585.00 | $1,585.00 | $0.00 |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

                                **Subtotals (Totals of this page) >**     $1,585.00     $1,585.00     $0.00

                                **Total >**     $1,585.00

(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

                                **Totals >**                   $1,585.00     $0.00

(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re **SERGIO VILLAGRAN**  
     **ERNESTINA VILLAGRAN**  

Case No. **10-36239**  
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Anh H Regent**<br>**Regent and Associates**<br>**2650 Fountainview Suite 232**<br>**Houston, Texas 77057** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxx7253**<br>**EQUABLE ASCENT FNCL LLC**<br>**1120 W LAKE COOK RD SUITE B**<br>**BUFFALO GROVE IL 60089** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - WELLS FARGO FINANCIAL**<br>REMARKS: | | | | $12,843.00 |
| ACCT #: **27232**<br>**EXCEL FINANCE COMPANY**<br>**1661 PASADENA BLVD**<br>**PASADENA, TX 77502** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $2,199.00 |
| ACCT #:<br>**FASHION BUG/SOANB**<br>**1103 ALLEN DRIVE**<br>**MILFORD OH 45150** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $483.00 |
| ACCT #: **xxxxxxxxxxxx3856**<br>**GEMB GAP**<br>**PO BOX 981400**<br>**EL PASO TX 79998** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**DELINQUENT BILL**<br>REMARKS: | | | | $256.00 |
| **Representing:**<br>**GEMB GAP** | | | **LVNV FUNDING LLC**<br>**PO BOX 10584**<br>**GREENVILLE, SC 29603** | | | | **Notice Only** |
| | | | | | | Subtotal > | $15,781.00 |
|     **2**    continuation sheets attached | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

B6F (Official Form 6F) (12/07) - Cont.

In re **SERGIO VILLAGRAN**  
**ERNESTINA VILLAGRAN**

Case No. **10-36239**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx2885<br>**HOME DEPOT CREDIT SERVICES**<br>**P O BOX 182676**<br>**COLUMBUS, OH 43218-2676** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $507.15 |
| ACCT #: xxxxxx3595<br>**KOHLS PAYMENT CENTER**<br>**PO BOX 2983**<br>**MILWAUKEE WI 53201-2983** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $233.26 |
| ACCT #: xxxxxxxxxxxx3856<br>**LVNV FUNDING LLC**<br>**PO BOX 10584**<br>**GREENVILLE, SC 29603** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - GE CAPITAL THE GAP**<br>REMARKS: | | | | $256.00 |
| ACCT #:<br>**MEDCLEAR INC**<br>**1201 Market St Suite 800**<br>**Wilmington, DE 19801** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**MEDICAL SERVICES**<br>REMARKS: | | | | $36.00 |
| ACCT #:<br>**MEDCLEAR INC**<br>**1201 Market St Suite 800**<br>**Wilmington, DE 19801** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**MEDICAL SERVICES**<br>REMARKS: | | | | $32.00 |
| ACCT #:<br>**Midland Credit Management**<br>**Dept 12421**<br>**PO Box 603**<br>**Oaks, PA 19456** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collections account**<br>REMARKS: | | | | $709.00 |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $1,773.41

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **SERGIO VILLAGRAN**
**ERNESTINA VILLAGRAN**

Case No. **10-36239**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**NCO FINANCIAL SYSTEMS**<br>**PO BOX 2216**<br>**PHILADELPHIA PA 19101** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - DIRECT TV**<br>REMARKS: | | | | $282.00 |
| ACCT #: **xxxxxxxxxxxx9485**<br>**SEARS CREDIT CARDS**<br>**PO BOX 183081**<br>**COLUMBUS, OH 43218-3081** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $424.20 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $706.20

Total > $18,260.61
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)